IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR LIQUIDE AMERICA, L.P., | : | |
| Plaintiff | : | NO. 1:CV-04-0646 |
| | : | |
| v. | : | |
| | : | JUDGE CONNER |
| P.H. GLATFELTER COMPANY, | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
JUN 16 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

AND NOW, this 16th day of June, 2005, upon consideration of the submissions of the parties and the comments of counsel in the conference conducted on June 9, 2005, it is hereby ORDERED that:

1. The Motion of Defendant P.H. Glatfelter Company for Leave to Amend its Answer to the Amended Complaint and its Counterclaim is hereby GRANTED. In accordance with Local Rule 15.1(a), the Clerk is directed to file the Amended Answer to the Amended Complaint, Affirmative Defenses, and Amended Counterclaim of P.H. Glatfelter Company ("Defendant's Amended

Answer and Counterclaim"), which is attached to Defendant's Memorandum of Law as Exhibit A. Defendant's Amended Answer and Counterclaim shall be deemed filed and served as of June 20, 2005.

2. The Reply of Air Liquide to the Amended Counterclaim shall be filed and served on or before July 12, 2005.

3. The date for the close of fact discovery having passed on March 18, 2005, fact discovery is re-opened, as agreed by the parties, to permit the parties to conduct reasonable additional fact discovery related to the new subject matter raised in the Defendant's Amended Answer and Counterclaim, such discovery to be completed not later than July 29, 2005.

BY THE COURT:

_____
Conner, J.