**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AIR LIQUIDE AMERICA, L.P.,** | : | **CIVIL ACTION NO. 1:04-CV-0646** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **P.H. GLATFELTER COMPANY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of June, 2005, upon consideration defendant's motion for summary judgment (Doc. 96), and it appearing that plaintiff's motion to disqualify (Doc. 94) is pending before the court but not yet ripe for disposition, it is hereby ORDERED that:

1. Briefing on defendant's motion for summary judgment (Doc. 96) shall be held in ABEYANCE pending resolution of the motion to disqualify.

2. Defendant shall file a brief in opposition to the motion to disqualify (Doc. 94) on or before July 1, 2005.  Plaintiff shall be permitted to file a brief in reply on or before July 11, 2005.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge