# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIR LIQUIDE AMERICA, L.P.,** : | CIVIL ACTION NO. 1:04-CV-0646 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **P.H. GLATFELTER COMPANY,** : | |
| Defendant : | |

## ORDER

AND NOW, this 27th day of March, 2006, upon consideration of the scheduling order (Doc. 119) in the above-captioned action, and following a telephone conference with counsel for the parties, it appearing that a tentative settlement has been reached, it is hereby ORDERED that:

1. Proceedings in the above-captioned action are STAYED.

2. The Clerk of Court is directed to CLOSE this case for statistical purposes only.

3. Plaintiff shall file periodic status reports regarding the status of the settlement. The first such report shall be due on or before April 3, 2006, and subsequent reports shall be due on or before the first day of every month thereafter.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge